IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Terry W. Funderburk, ) | |
| ) | C.A. No. 4:09–cv-2098-TLW-TER |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| City of Columbia, and Gregory H. James, ) | |
| Individually and Larry Dean McDaniel, Sr., ) | |
| and Richland County, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court upon the defendant City of Columbia's motion for an Order of Remand. On August 27, 2009, a Stipulation of Dismissal was filed in which the parties indicated that they stipulate and agree that this case should be remanded to the Court of Common Pleas for Richland County. Accordingly, based on the Stipulation of Dismissal, the Court **GRANTS** the Motion to Remand. (Doc. # 15). This case is hereby remanded to the Court of Common Pleas for Richland County, South Carolina.

**IT IS SO ORDERED.**

                                                   s/ Terry L. Wooten
                                                   **TERRY L. WOOTEN**
                                         **UNITED STATES DISTRICT JUDGE**

March 29, 2010
Florence, South Carolina